MEMORANDUM OPINION


No. 04-09-00567-CV


IN RE MEDICAL DEPOT, INC. d/b/a DRIVE MEDICAL DESIGN AND
MANUFACTURING



Original Mandamus Proceeding (1)


 

PER CURIAM


Sitting: Karen Angelini, Justice

 Phylis J. Speedlin, Justice

 Steven C. Hilbig, Justice

 

Delivered and Filed: September 23, 2009 


PETITION FOR WRIT OF MANDAMUS DENIED

 On September 10, 2009, relator filed a petition for writ of mandamus, complaining of the trial
court's order denying relator's Second Amended Motion for Leave to Designate Responsible Third
Parties. The court is of the opinion that relator is not entitled to the relief sought. Accordingly, the
petition for writ of mandamus is DENIED. See Tex. R. App. P. 52.8(a). 

 PER CURIAM
1. This proceeding arises out of Cause No. 2008-CI-20945, styled Linda N. Abramson, Individually and as
Sole Heir Representative of the Estate of Roselle Smith, Deceased v. Morningside Ministries d/b/a Morningside Manor
Health Care and Medical Design and Manufacturing, pending in the 57th Judicial District Court, Bexar County, Texas,
the Honorable Antonia Arteaga presiding. However, the order complained of was signed by the Honorable Karen Pozza,
presiding judge of the 407th Judicial District Court, Bexar County, Texas.